**Order entered January 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01712-CR

**LARRY DUNN, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1259904-M**

## ORDER

We **GRANT** appellant's January 9, 2015 motion to permit current appointed appellate counsel to withdraw. We **DIRECT** the Clerk of this Court to remove Lori L. Ordiway as counsel of record for appellant. We **ORDER** the trial court to appoint new appellate counsel for appellant and transmit a record including the order appointing new counsel to this Court within **TEN DAYS** of the date of this order. This appeal is **ABATED** to allow the trial court to comply with this order. The appeal shall be reinstated ten days from the date of this order or when the record is received, whichever is earlier. This case is set for submission on oral argument on February 10, 2015, and will remain set for submission on that date.

/s/    ADA BROWN
       PRESIDING JUSTICE